UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KAVIN JOHNSON,
Inmate No. 472301,
    Plaintiff,

vs.                                                  Case No.: 3:21cv856/MCR/EMT

GEO CORPORATION, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, a former inmate who is proceeding pro se, initiated this civil rights action by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1). On September 15, 2021, the undersigned entered an order noting Plaintiff failed to either pay the $402.00 filing fee or file a motion to proceed in forma pauperis and that the case cannot proceed until Plaintiff either pays the filing fee or establishes indigence. The undersigned directed the clerk of court to forward Plaintiff a complete set of forms needed for filing a motion to proceed in forma pauperis and allowed Plaintiff thirty days in which to either pay the $402.00 filing fee or file a fully completed motion to proceed in forma pauperis (ECF No. 3).

The order was returned as undeliverable on September 29, 2021, with what appeared to be a forwarding address on the envelope (*see* ECF No. 4). The clerk of court forwarded a copy of the order to the address provided and reset the thirty-day deadline for Plaintiff to comply with the order (*see id.*). More than thirty days have now passed, and Plaintiff has not complied with the order or contacted the court to update his address. A search of the Florida Department of Corrections' website revealed Plaintiff was released from custody on July 2, 2021, and that the clerk of court forwarded the copy of the order to Plaintiff's stated address upon release. *See* http://www.dc.state.fl.us/offenderSearch/detail.aspx?Page=Detail&DCNumber=472301&TypeSearch=IR. Based on the court's inability to contact Plaintiff, the issuance of any further order would be futile.

Accordingly, it is respectfully RECOMMENDED:

1. That this matter be **DISMISSED without prejudice** for Plaintiff's failure to keep the court apprised of his current mailing addresses.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 19th day of November 2021.

>   */s/ Elizabeth M. Timothy*
>   **ELIZABETH M. TIMOTHY**
>   **CHIEF UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:21cv856/MCR/EMT

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation.** <u>**Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.**</u>  **An objecting party must serve a copy of the objections on all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.**  *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**